ALBERT HODES, PETITIONER-RESPONDENT, v. OAK FLOORING COMPANY, RESPONDENT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 82 *N. J. Super.* 216.

*Messrs. Pindar, McElroy, Connell & Foley* for the petitioner.

*Mr. Herman M. Wilson* for the respondent.

April 13, 1964. Granted.

TOWN OF HAMMONTON, *ET AL.*, APPELLANTS-PETITIONERS, v. CIVIL SERVICE COMMISSION, RESPONDENT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 82 *N. J. Super.* 64.

*Messrs. Curcio & Donio* for the petitioners.

*Mr. Arthur J. Sills* and *Mr. William L. Boyan,* Deputy Attorney General, for the respondent.

April 13, 1964. Denied.